# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2042
_____

Ciara Tiffiny Carter,

*Plaintiff - Appellant*,

v.

Frank Bisignano, Commissioner of Social Security,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: February 12, 2026
Filed: July 16, 2026
[Unpublished]

_____

Before COLLOTON, Chief Judge, BENTON and KELLY, Circuit Judges.

_____

PER CURIAM.

Ciara Carter appeals a judgment of the district court[*] affirming the Commissioner's denial of her claim for disability insurance benefits. In a thorough, nineteen-page order, the district court affirmed the Commissioner's decision. The district court concluded that (1) the administrative law judge properly evaluated the opinion of Carter's treating physician, Dr. Lombardo, and reached conclusions that were supported by substantial evidence, (2) the ALJ properly considered Carter's symptoms of chronic pain syndrome in determining her residual functional capacity, (3) the ALJ properly evaluated Carter's testimony, declined to accept her subjective complaints entirely, and reached conclusions that were supported by substantial evidence, (4) the ALJ reached a conclusion, supported by substantial evidence, that there were jobs that existed in significant numbers in the national economy that Carter could perform, and (5) the ALJ posed proper hypothetical questions to a vocational expert based on an appropriately tailored residual functional capacity.

On appeal, Carter reiterates the arguments that she advanced in the district court about the ALJ's decision. On de novo review, having considered those arguments and the administrative record, we agree with the district court's analysis and conclusions. We therefore affirm the judgment. *See* 8th Cir. R. 47B.

———————————————

[*]The Honorable Douglas L. Micko, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties under 28 U.S.C. § 636(c).